**Order entered May 27, 2022**



**In The**
**Court of Appeals**
**Fifth District of Texas at Dallas**

No. 05-22-00368-CV
No. 05-22-00369-CV
No. 05-22-00378-CV

**IN RE HOWARD HOLLAND, Relator**

**Original Proceedings from the 422nd Judicial District Court**
**Kaufman County, Texas**
**Trial Court Cause Nos. 31608-422, 31609-422 & 31610-422**

**ORDER**

Before Justices Myers, Nowell, and Goldstein

Based on the Court's opinion of this date, we **DENY** relator's petition for writ of mandamus.


/s/      ERIN A. NOWELL
         JUSTICE